Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
3465 Camino Del Rio South, Suite 250
San Diego, CA  92108-3905
(619) 283-3371
Facsimile (619) 282-8900
bernardmhansen@sbcglobal.net

Attorney for Official Unsecured Creditors' Committee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) CASE NO.  11-00169-PB11 |
| | ) |
| LAW OFFICES OF PATRICK E. | ) EX PARTE APPLICATION BY OFFICIAL |
| CATALANO, A CALIFORNIA | ) UNSECURED CREDITORS' COMMITTEE |
| PROFESSIONAL LAW CORPORATION | ) FOR AUTHORITY TO RETAIN GENERAL |
| | ) COUNSEL |
| Debtor In Possession. | ) |
| | ) |

TO THE HONORABLE PETER W. BOWIE, CHIEF UNITED STATES BANKRUPTCY JUDGE:

The ex parte application of the Official Unsecured Creditors' Committee respectfully represents:

1.    On January 6, 2011, the Debtor in Possession filed with this Court a petition for relief pursuant to the provisions of chapter 11 of the Bankruptcy Code and an order for relief was entered.

2.    On January 25, 2011, the Office of the United States Trustee appointed Steven P. Viani PE, Sandra Caudle and Burkett & Wong Engineers, Inc. (the "Three Creditors") to serve on the Official Unsecured Creditors' Committee ("Committee").

3.    On January 28, 2011, at a duly scheduled meeting of the Committee with all Three Creditors present, the Committee adopted Bylaws, elected officers and voted to retain the Law Office of Bernard M. Hansen as their general counsel.

///

4.    The Committee proposes to employ the Law Office of Bernard M. Hansen as general counsel herein to advise, consult and appear for the Committee in order to effectuate all its powers and duties under 11 U.S.C. §1103.

5.    The Committee is informed and believes that the education and experience of Bernard M. Hansen well qualify him to render the foregoing services. In 1976, Mr. Hansen graduated from Patrick Henry High School in San Diego, California as Valedictorian. In 1980, Mr. Hansen graduated from Biola University, *magna cum laude* with a Bachelor of Arts in Social Sciences with a Political Science emphasis. In 1984, Mr. Hansen graduated from the University of San Diego, *cum laude* having won various awards and prizes, including first prize in the Nathan Burkan Memorial Competition and the high grade in three different classes.

Mr. Hansen has had an "AV Preeminent" rating for the past several years. Mr. Hansen has represented official committees of unsecured creditors in chapter 11 cases. He has also served as lead counsel for several creditors in chapter 7, 9, 11 and 13 cases. This includes secured creditors (real property), secured creditors (personal property), landlords and unsecured creditors. Additionally, he was lead counsel for creditors, City of Calexico and its Redevelopment Agency, in a chapter 9 case through plan confirmation.

He has represented bankruptcy trustees for over 20 years, serving as lead counsel in well over 300 bankruptcy cases. He has represented trustees in chapter 7, 11, 12 and 13 cases, gaining a thorough understanding of every aspect of bankruptcy trustee representation.

7.    For the foregoing and all other necessary and proper purposes, applicant proposes to retain the Law Office of Bernard M. Hansen as applicant's counsel on an hourly basis pursuant to 11 U.S.C. § 327 at his normal and customary hourly rate as it may be from time to time. Mr. Hansen's current hourly rate is $325, and his hourly rate for clerks and paralegals is $125 to $150. Further, the Committee proposes said attorney receive, if appropriate, interim compensation under 11 U.S.C. §331.

8.    The Committee hereby waives the provisions of Section 6148 of the California Business and Professions Code concerning a written fee agreement, except to the extent provided in this application.

WHEREFORE, applicant prays this Court enter its order approving the employment by the Committee of the Law Office of Bernard M. Hansen, generally, as the Committee's attorney to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Respectfully submitted,

DATED: January 28, 2011                    /s/ Steven P. Viani, PE
                                           Steven P. Viani

DATED: January 28, 2011                    Sandra Caudle

                                           By: /s/ Nicholas J. Lewis
                                               Nicholas J. Lewis,
                                               Attorney for Sandra Caudle

DATED: January 28, 2011                    Burkett & Wong Engineers, Inc.

                                           By: /s/ David McDowell
                                               David McDowell,
                                               Authorized Representative