# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | LAW OFFICES OF PATRICK E. CATALANO |
| **Case Number:** | 11-00169-CL11       **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 21, 2020 11:00 AM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matter:

STATUS CONFERENCE ON CHAPTER 11 PETITION

### Appearances:

MARK ADAMS POPPETT, ATTORNEY FOR LAW OFFICES OF PATRICK E. CATALANO (telephonic)
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE (telephonic)
CHRISTOPHER R. BARCLAY, CH. 11 PLAN DISBURSING AGENT (telephonic)
DANNY R. MCDONALD, ATTORNEY FOR STANLEY K. KAUFMAN (telephonic)
PATRICK E. CATALANO present (telephonic)
STANLEY K. KAUFMAN present (telephonic)

### Disposition:

Court received a case status report and explanations from the parties in interest.

Court now directs the Ch. 11 Disbursing Agent, Mr. Barclay, to provide a report of payments made to Class 3(b) unsecured creditors.  It should list the amount of their claims and the sums that have been paid on each claim to date.  That report is to be filed & served by 1/15/21.

Court acknowledges the correspondence from Mr. Kaufman dated 11/2/20 (re ECF No. 472).
This status conference was in part in reaction to that, however there is no pending motion
or request for relief for the Court to rule on as things are presently postured.
And so, with that, the status conference goes off calendar.

Finally, Court notes that it expects the Debtor will continue faithfully to timely make quarterly operating reports as discussed in court.


cc: Stanley K. Kaufman