Christopher R. Barclay, Chapter 11 Plan Disbursing Agent
5055 North Harbor Drive, Suite 210
San Diego, CA 92106
Telephone: (619) 255-1536
Email: cbarclay@oocrb.com

Chapter 11 Plan Disbursing Agent

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LAW OFFICES OF PATRICK E. CATALANO, A CA PROFESSIONAL LAW CORP,<br><br>Debtor. | Case No.: 11-00169-CL11<br><br>Chapter 11<br><br>**REPORT OF PLAN CLASS 3b DISTRIBUTIONS BY CHAPTER 11 PLAN DISBURSING AGENT FROM PLAN EFFECTIVE DATE THROUGH DECEMBER 31, 2020**<br><br>Relates to Docket No. 477 |

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

Christopher R. Barclay, Chapter 11 Plan Disbursing Agent ("Disbursing Agent") hereby submits this report as ordered by the Court at the status conference conducted on December 21, 2020 [Docket No. 477].

1.   Attached as Exhibit A is a list of the Plan Class 3b distributions (excluding voided checks), from the Effective Date of the Plan through December 21, 2020.

/////

/////

/////

2. I certify that the attached summary is true and complete.

                                          Respectfully submitted,

Dated: January 15, 2021           By: /s/ Christopher R. Barclay
                                          Christopher R. Barclay,
                                          Chapter 11 Plan Disbursing Agent

**In re Law Offices of Partick Catalano, APC, dba Catalano & Catalano, USBC Case No. 11-00169-CL11**
**General Unsecured Claims - Plan Class 3b distributions to date through December 21, 2020**

| Type | Date | Num | Name | Memo | Amount | |
|---|---|---|---|---|---|---|
| Check | 10/04/2018 | 1056 | Adrian Hern | Class 3b Distribution, net of tax w/h | $848.37 | |
| Check | 02/15/2019 | 1089 | Adrian Hern | Net Check - 2nd Distribution, Plan Class 3b | $702.32 | |
| Check | 12/20/2019 | 1117 | Adrian Hern | 3rd Post-Confirmation Distribution, Plan Class 3b | $848.37 | |
| Check | 02/07/2020 | 1145 | Adrian Hern | Class 3b Distribution - Additional Net | $54.62 | |
| Check | 08/25/2020 | 1153 | Adrian Hern | Net Class 3b Plan Distribution | $952.15 | |
| Check | 12/17/2020 | 1185 | Adrian Hern | Gross Payment = $,1867.16 | $1,619.74 | |
| Check | 10/08/2018 | 1085 | Catalano & Catalano | A. Hern Manual Check W/H and ER Taxes | $140.13 | |
| Check | 03/22/2019 | 1112 | Catalano & Catalano | 3rd Post-Confirmation Distribution, Plan Class 3b | $66.51 | |
| Check | 03/01/2020 | 1149 | Catalano & Catalano | Reimburse Tax Payments Re A. Hern Distribution | $85.51 | |
| Check | 08/25/2020 | 1173 | Catalano & Catalano | EE Taxes Withheld - A. Hern | $91.26 | |
| Check | 12/17/2020 | 1206 | Catalano & Catalano | A. Hern Tax WIthholdings | $247.42 | |
| | | | **Adrian Hern** | | | **$5,656.40** |
| Check | 10/04/2018 | 1060 | American Geotechnical, Inc. | Class 3b Distribution | $13,039.16 | |
| Check | 02/15/2019 | 1093 | American Geotechnical, Inc. | 2nd Post-Confirmation Distribution, Plan Class 3b | $10,141.57 | |
| Check | 12/20/2019 | 1122 | American Geotechnical, Inc. | 3rd Post-Confirmation Distribution, Plan Class 3b | $13,039.16 | |
| Check | 08/25/2020 | 1156 | American Geotechnical, Inc. | Class 3b Plan Distribution | $13,763.55 | |
| Check | 12/17/2020 | 1188 | American Geotechnical, Inc. | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $24,629.52 | |
| | | | **American Geotechnical, Inc.** | | | **$74,612.96** |
| Check | 10/04/2018 | 1075 | Backs Construction | Class 3b Distribution | $77.19 | |
| Check | 02/15/2019 | 1104 | Backs Construction | 2nd Post-Confirmation Distribution, Plan Class 3b | $60.04 | |
| Check | 12/20/2019 | 1136 | Backs Construction | 3rd Post-Confirmation Distribution, Plan Class 3b | $77.19 | |
| Check | 08/25/2020 | 1166 | Backs Construction | Class 3b Plan Distribution | $84.48 | |
| Check | 12/17/2020 | 1198 | Backs Construction | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $145.81 | |
| | | | **Backs Construction** | | | **$444.71** |
| Check | 10/04/2018 | 1079 | Balin Accountancy Corp. | Class 3b Distribution | $197.04 | |
| Check | 02/15/2019 | 1107 | Balin Accountancy Corp. | 2nd Post-Confirmation Distribution, Plan Class 3b | $153.25 | |
| Check | 12/20/2019 | 1141 | Balin Accountancy Corp. | 3rd Post-Confirmation Distribution, Plan Class 3b | $197.04 | |
| Check | 08/25/2020 | 1170 | Balin Accountancy Corp. | Class 3b Plan Distribution | $207.98 | |
| Check | 12/17/2020 | 1202 | Balin Accountancy Corp. | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $372.18 | |
| | | | **Balin Accountancy Corp.** | | | **$1,127.49** |

**In re Law Offices of Partick Catalano, APC, dba Catalano & Catalano, USBC Case No. 11-00169-CL11**
**General Unsecured Claims - Plan Class 3b distributions to date through December 21, 2020**

| Type | Date | Num | Name | Memo | Amount | |
|---|---|---|---|---|---|---|
| Check | 10/04/2018 | 1066 | Broadway Tower 655, LLC | Class 3b Distribution | $9,622.16 | |
| Check | 02/15/2019 | 1098 | Broadway Tower 655, LLC | 2nd Post-Confirmation Distribution, Plan Class 3b | $7,483.90 | |
| Check | 12/20/2019 | 1126 | Broadway Tower 655, LLC | 3rd Post-Confirmation Distribution, Plan Class 3b | $9,622.16 | |
| Check | 08/25/2020 | 1160 | Broadway Tower 655, LLC | Class 3b Plan Distribution | $10,156.72 | |
| Check | 12/17/2020 | 1192 | Broadway Tower 655, LLC | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $18,175.18 | |
| | | | **Broadway Tower 655, LLC** | | | **$55,060.12** |
| Check | 10/04/2018 | 1059 | Burkett & Wong | Class 3b Distribution | $952.96 | |
| Check | 02/15/2019 | 1092 | Burkett & Wong | 2nd Post-Confirmation Distribution, Plan Class 3b | $741.19 | |
| Check | 12/20/2019 | 1121 | Burkett & Wong | 3rd Post-Confirmation Distribution, Plan Class 3b | $952.96 | |
| Check | 08/25/2020 | 1155 | Burkett & Wong | Class 3b Plan Distribution | $1,005.91 | |
| Check | 12/17/2020 | 1187 | Burkett & Wong | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $1,800.04 | |
| | | | **Burkett & Wong** | | | **$5,453.06** |
| Check | 10/04/2018 | 1057 | Copy Central Maritime | Class 3b Distribution | $108.44 | |
| Check | 02/15/2019 | 1090 | Copy Central Maritime | 2nd Post-Confirmation Distribution, Plan Class 3b | $84.34 | |
| Check | 12/20/2019 | 1118 | Copy Central Maritime | 3rd Post-Confirmation Distribution, Plan Class 3b | $108.44 | |
| | | | **Copy Central Maritime** | | | **$301.22** |
| Check | 10/04/2018 | 1067 | DeBerry Engineering & Associates, Inc. | Class 3b Distribution | $576.62 | |
| Check | 02/15/2019 | 1099 | DeBerry Engineering & Associates, Inc. | 2nd Post-Confirmation Distribution, Plan Class 3b | $448.48 | |
| Check | 12/20/2019 | 1127 | DeBerry Engineering & Associates, Inc. | 3rd Post-Confirmation Distribution, Plan Class 3b | $576.62 | |
| Check | 08/25/2020 | 1161 | DeBerry Engineering & Associates, Inc. | Class 3b Plan Distribution | $608.65 | |
| Check | 12/17/2020 | 1193 | DeBerry Engineering & Associates, Inc. | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $1,089.17 | |
| | | | **DeBerry Engineering & Associates, Inc.** | | | **$3,299.54** |
| Check | 10/04/2018 | 1083 | Document Solutions Co. | Class 3b Distribution | $47.39 | |
| | | | **Document Solutions Co.** | | | **$47.39** |
| Check | 10/04/2018 | 1068 | Esquire Depo Solutions | Class 3b Distribution | $246.86 | |
| | | | **Esquire Depo Solutions** | | | **$246.86** |

EXHIBIT A
Page 2 of 6

In re Law Offices of Partick Catalano, APC, dba Catalano & Catalano, USBC Case No. 11-00169-CL11
General Unsecured Claims - Plan Class 3b distributions to date through December 21, 2020

| Type | Date | Num | Name | Memo | Amount | |
|---|---|---|---|---|---|---|
| Check | 10/04/2018 | 1071 | Fishkin & Slater | Class 3b Distribution | $149.55 | |
| Check | 02/15/2019 | 1100 | Fishkin & Slater | 2nd Post-Confirmation Distribution, Plan Class 3b | $116.32 | |
| Check | 12/20/2019 | 1128 | Fishkin & Slater | 3rd Post-Confirmation Distribution, Plan Class 3b | $149.55 | |
| Check | 08/25/2020 | 1162 | Fishkin & Slater | Class 3b Plan Distribution | $157.86 | |
| Check | 12/17/2020 | 1194 | Fishkin & Slater | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $282.49 | |
| | | | **Fishkin & Slater** | | | **$855.77** |
| Check | 12/20/2019 | 1131 | Hill & McPherson | Re-issue 1st Post-Confirmation Distribution, Plan Class 3b | $121.51 | |
| Check | 12/20/2019 | 1132 | Hill & McPherson | Re-issue 2nd Post-Confirmation Distribution, Plan Class 3b | $94.51 | |
| Check | 12/20/2019 | 1133 | Hill & McPherson | 3rd Post-Confirmation Distribution, Plan Class 3b | $121.51 | |
| Check | 08/25/2020 | 1164 | Hill & McPherson | Class 3b Plan Distribution | $128.26 | |
| Check | 12/17/2020 | 1196 | Hill & McPherson | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $229.52 | |
| | | | **Hill & McPherson** | | | **$695.31** |
| Check | 10/04/2018 | 1061 | Iron Mountain Info Management, Inc. | Class 3b Distribution | $238.86 | |
| Check | 02/15/2019 | 1094 | Iron Mountain Info Management, Inc. | 2nd Post-Confirmation Distribution, Plan Class 3b | $185.78 | |
| | | | **Iron Mountain Info Management, Inc.** | | | **$424.64** |
| Check | 02/15/2019 | 1110 | Lex Reporting | 2nd Post-confirmation Distribution, Plan Class 3b | $90.39 | |
| Check | 12/20/2019 | 1134 | Lex Reporting | Re-issue 1st Post-Confirmation Distribution, Plan Class 3b | $116.22 | |
| Check | 12/20/2019 | 1135 | Lex Reporting | 3rd Post-Confirmation Distribution, Plan Class 3b | $116.22 | |
| Check | 08/25/2020 | 1165 | Lex Reporting | Class 3b Plan Distribution | $122.67 | |
| Check | 12/17/2020 | 1197 | Lex Reporting | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $219.52 | |
| | | | **Lex Reporting** | | | **$665.02** |
| Check | 10/04/2018 | 1062 | Madsen, Kneppers & Assoc, Inc. | Class 3b Distribution | $1,727.41 | |
| Check | 02/15/2019 | 1095 | Madsen, Kneppers & Assoc, Inc. | 2nd Post-Confirmation Distribution, Plan Class 3b | $1,343.54 | |
| Check | 12/20/2019 | 1123 | Madsen, Kneppers & Assoc, Inc. | 3rd Post-Confirmation Distribution, Plan Class 3b | $1,727.41 | |
| Check | 08/25/2020 | 1157 | Madsen, Kneppers & Assoc, Inc. | Class 3b Plan Distribution | $1,823.38 | |
| Check | 12/17/2020 | 1189 | Madsen, Kneppers & Assoc, Inc. | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $3,262.88 | |
| | | | **Madsen, Kneppers & Assoc, Inc.** | | | **$9,884.62** |

**In re Law Offices of Partick Catalano, APC, dba Catalano & Catalano, USBC Case No. 11-00169-CL11**
**General Unsecured Claims - Plan Class 3b distributions to date through December 21, 2020**

| Type  | Date       | Num  | Name                   | Memo                                                        | Amount   |
|-------|------------|------|------------------------|-------------------------------------------------------------|----------|
| Check | 02/15/2019 | 1109 | Mike Brown             | 2nd Post-Confirmation Distribution, Plan Class 3b           | $84.96   |
| Check | 12/20/2019 | 1143 | Mike Brown             | 3rd Post-Confirmation Distribution, Plan Class 3b           | $109.24  |
| Check | 08/25/2020 | 1172 | Mike Brown             | Class 3b Plan Distribution                                  | $115.31  |
| Check | 08/25/2020 | 1174 | Mike Brown             | Re-issue Distribution No. 1 Class 3b Plan Distribution      | $109.24  |
| Check | 08/25/2020 | 1175 | Mike Brown             | Re-issue Distribution No. 2 Class 3b Plan Distribution      | $84.96   |
| Check | 12/17/2020 | 1204 | Mike Brown             | 5th Post-Confirmation Plan Distribution, Plan Class 3b      | $206.34  |
|       |            |      | **Mike Brown**         |                                                             | **$710.05** |
| Check | 10/04/2018 | 1070 | Norco/Overnight Express | Class 3b Distribution                                      | $136.44  |
| Check | 02/15/2019 | 1101 | Norco/Overnight Express | 2nd Post-Confirmation Distribution, Plan Class 3b          | $106.12  |
| Check | 12/20/2019 | 1129 | Norco/Overnight Express | 3rd Post-Confirmation Distribution, Plan Class 3b          | $136.44  |
|       |            |      | **Norco/Overnight Express** |                                                        | **$379.00** |
| Check | 10/04/2018 | 1055 | Pitney Bowes, Inc.     | Class 3b Distribution                                       | $116.70  |
| Check | 02/15/2019 | 1088 | Pitney Bowes, Inc.     | 2nd Post-Confirmation Distr - Plan Class 3b                 | $90.77   |
| Check | 12/20/2019 | 1116 | Pitney Bowes, Inc.     | 3rd Post-Confirmation Distribution, Plan Class 3b           | $116.70  |
| Check | 08/25/2020 | 1152 | Pitney Bowes, Inc.     | Class 3b Plan Distribution                                  | $123.18  |
| Check | 12/17/2020 | 1184 | Pitney Bowes, Inc.     | 5th Post-Confirmation Plan Distribution, Plan Class 3b      | $220.43  |
|       |            |      | **Pitney Bowes, Inc.** |                                                             | **$667.78** |
| Check | 08/25/2020 | 1176 | Quest Discovery Services | Re-issue Distribution No. 1 Class 3b Plan Distribution    | $69.77   |
| Check | 08/25/2020 | 1177 | Quest Discovery Services | Re-issue Distribution No. 2 Class 3b Plan Distribution    | $54.27   |
| Check | 08/25/2020 | 1178 | Quest Discovery Services | Re-issue Distribution No. 3 Class 3b Plan Distribution    | $69.77   |
| Check | 08/25/2020 | 1179 | Quest Discovery Services | Class 3b Plan Distribution                                 | $73.65   |
|       |            |      | **Quest Discovery Services** |                                                       | **$267.46** |
| Check | 10/04/2018 | 1077 | Quill                  | Class 3b Distribution                                       | $49.81   |
| Check | 12/20/2019 | 1138 | Quill                  | Re-issue 2nd Post-Confirmation Distribution, Plan Class 3b  | $38.74   |
| Check | 12/20/2019 | 1139 | Quill                  | 3rd Post-Confirmation Distribution, Plan Class 3b           | $49.81   |
| Check | 08/25/2020 | 1168 | Quill                  | Class 3b Plan Distribution                                  | $52.58   |
| Check | 12/17/2020 | 1200 | Quill                  | 5th Post-Confirmation Plan Distribution, Plan Class 3b      | $94.09   |
|       |            |      | **Quill**              |                                                             | **$285.03** |

EXHIBIT A
Page 4 of 6

In re Law Offices of Partick Catalano, APC, dba Catalano & Catalano, USBC Case No. 11-00169-CL11
General Unsecured Claims - Plan Class 3b distributions to date through December 21, 2020

| Type | Date | Num | Name | Memo | Amount | |
|---|---|---|---|---|---|---|
| Check | 02/15/2019 | 1091 | Ralph Jeffery | 2nd Post-Confirmation Distribution, Plan Class 3b | $352.07 | |
| Check | 12/20/2019 | 1119 | Ralph Jeffery | Replaces Check No. 1058 | $452.66 | |
| Check | 12/20/2019 | 1120 | Ralph Jeffery | 3rd Post-Confirmation Distribution, Plan Class 3b | $452.66 | |
| Check | 08/25/2020 | 1154 | Ralph Jeffery | Class 3b Plan Distribution | $477.81 | |
| Check | 12/17/2020 | 1186 | Ralph Jeffery | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $855.03 | |
| | | | **Ralph Jeffery** | | | **$2,590.23** |
| Check | 10/04/2018 | 1084 | Robb & Ross | Class 3b Distribution | $49.71 | |
| Check | 03/13/2019 | 1111 | Robb & Ross | 2nd Post-Confirmation Distribution, Plan Class 3b | $38.66 | |
| Check | 12/20/2019 | 1144 | Robb & Ross | 3rd Post-Confirmation Distribution, Plan Class 3b | $49.71 | |
| Check | 08/25/2020 | 1169 | Robb & Ross | Class 3b Plan Distribution | $52.47 | |
| Check | 12/17/2020 | 1201 | Robb & Ross | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $93.89 | |
| | | | **Robb & Ross** | | | **$284.44** |
| Check | 10/04/2018 | 1065 | Sandra Caudle | Class 3b Distribution | $4,636.14 | |
| Check | 02/15/2019 | 1097 | Sandra Caudle | 2nd Post-Confirmation Distribution, Plan Class 3b | $3,605.89 | |
| Check | 12/20/2019 | 1125 | Sandra Caudle | 3rd Post-Confirmation Distribution, Plan Class 3b | $4,636.14 | |
| Check | 09/29/2020 | 1180 | Sandra Caudle | 4th Interim Distribution | $4,893.71 | |
| Check | 12/17/2020 | 1191 | Sandra Caudle | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $8,757.16 | |
| | | | **Sandra Caudle** | | | **$26,529.04** |
| Check | 10/04/2018 | 1076 | Solomon Ward et al | Class 3b Distribution | $65.20 | |
| Check | 02/15/2019 | 1105 | Solomon Ward et al | 2nd Post-Confirmation Distribution, Plan Class 3b | $50.71 | |
| Check | 12/20/2019 | 1137 | Solomon Ward et al | 3rd Post-Confirmation Distribution, Plan Class 3b | $65.20 | |
| Check | 08/25/2020 | 1167 | Solomon Ward et al | Class 3b Plan Distribution | $68.82 | |
| Check | 12/17/2020 | 1199 | Solomon Ward et al | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $123.15 | |
| | | | **Solomon Ward et al** | | | **$373.08** |

**In re Law Offices of Partick Catalano, APC, dba Catalano & Catalano, USBC Case No. 11-00169-CL11**
**General Unsecured Claims - Plan Class 3b distributions to date through December 21, 2020**

| Type | Date | Num | Name | Memo | Amount | |
|---|---|---|---|---|---|---|
| Check | 10/04/2018 | 1063 | Stanley Kaufman | Class 3b Distribution | $10,779.03 | |
| Check | 02/15/2019 | 1096 | Stanley Kaufman | 2nd Post-Confirmation Distribution, Plan Class 3b | $8,383.69 | |
| Check | 12/20/2019 | 1124 | Stanley Kaufman | 3rd Post-Confirmation Distribution, Plan Class 3b | $10,779.03 | |
| Check | 08/25/2020 | 1158 | Stanley Kaufman | Class 3b Plan Distribution | $11,377.87 | |
| Check | 12/17/2020 | 1190 | Stanley Kaufman | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $20,360.40 | |
| | | | **Stanley Kaufman** | | | **$61,680.02** |
| Check | 10/04/2018 | 1072 | Tony V. Sawyer | Class 3b Distribution | $130.39 | |
| Check | 02/15/2019 | 1102 | Tony V. Sawyer | 2nd Post-Confirmation Distribution, Plan Class 3b | $101.42 | |
| Check | 12/20/2019 | 1130 | Tony V. Sawyer | 3rd Post-Confirmation Distribution, Plan Class 3b | $130.39 | |
| Check | 08/25/2020 | 1163 | Tony V. Sawyer | Class 3b Plan Distribution | $137.64 | |
| Check | 12/17/2020 | 1195 | Tony V. Sawyer | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $246.30 | |
| | | | **Tony V. Sawyer** | | | **$746.14** |
| Check | 10/04/2018 | 1069 | Veritext Court Reporters | Class 3b Distribution | $147.77 | |
| | | | **Veritext Court Reporters** | | | **$147.77** |
| Check | 10/04/2018 | 1081 | Vertical AVTV | Class 3b Distribution | $47.27 | |
| Check | 02/15/2019 | 1108 | Vertical AVTV | 2nd Post-Confirmation Distribution, Plan Class 3b | $36.76 | |
| Check | 12/20/2019 | 1142 | Vertical AVTV | 3rd Post-Confirmation Distribution, Plan Class 3b | $47.27 | |
| Check | 08/25/2020 | 1171 | Vertical AVTV | Class 3b Plan Distribution | $49.89 | |
| Check | 12/17/2020 | 1203 | Vertical AVTV | 5th Post-Confirmation Plan Distribution, Plan Class 3b | $89.28 | |
| | | | **Vertical AVTV** | | | **$270.47** |
| | | | **Total General Unsecured Claims - Plan Class 3b distributions to date through December 21, 2020** | | | **$253,705.62** |

EXHIBIT A
Page 6 of 6

# PROOF OF SERVICE

I, Mary Lou Cunanan, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 5055 N. Harbor, Drive, Suite 210, San Diego, CA 92106, in said County and State. On **1/15/2021**, I served the following document(s):

**REPORT OF PLAN CLASS 3b DISTRIBUTIONS BY CHAPTER 11 PLAN DISBURSING AGENT FROM PLAN EFFECTIVE DATE THROUGH DECEMBER 31, 2020**

on each of the interested parties stated on the attached service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/15/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**  On **1/15/2021**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

Debtor:        Law Offices of Patrick E. Catalano, A CA Professional Law Corp,
               2766 Sadlers Creek Rd.,
               Chula Vista, CA 91914 (Via First Class Mail)

Creditor:      Stanley K. Kaufman,
               18585 Polvera Dr.
               San Diego, CA 92128 (Via First Class Mail)

☐    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL:**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   1/15/2021              By: /s/ Mary Lou Cunanan
                                    Mary Lou Cunanan

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Robert R. Barnes    robertbarn@outlook.com, phall@allenmatkins.com;bcrfilings@allenmatkins.com
- William A. Bramley    william.bramley@bramleylaw.com
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Edward G. Fates    tfates@allenmatkins.com, plewis@allenmatkins.com
- Paul K. Fine    Fine_associates@hotmail.com
- Bernard M. Hansen    bernardmhansen@sbcglobal.net
- Bernard M. Hansen    bernardmhansen@sbcglobal.net
- Richard M Kipperman    teresaj@corpmgt.com, Rmk@corpmgt.com
- Nicholas J. Lewis    nick@justice-lawgroup.com, nickjlewis1@yahoo.com
- Danny R. McDonald    dm@merkerandmcdonald.com
- David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- Mark Adams Poppett    mark.poppett@legalcat.com
- D.J. Rausa    dj@debtdoc.com
- D.J. Rausa    dj@debtdoc.com, loweri@debtdoc.com
- United States Trustee    ustp.region15@usdoj.gov
- Joseph Marshall Welch    jwelch@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com